UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME REYES,<br><br>                       Plaintiff,<br><br>v.<br><br>LE PARFAIT GROUP LLC dba LE PARFAIT PARIS, BORDERS INC.,<br><br>                      Defendants. | Case No.: 18cv1290-BTM-NLS<br><br>**ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS [ECF No. 3]** |

On June 14, 2018, Plaintiff filed his Complaint (ECF No. 1) along with an application to proceed *in forma pauperis* ("IFP") (ECF No. 2). For the reasons discussed below, Plaintiff's motion to proceed IFP is **GRANTED**.

## DISCUSSION

Upon review of Plaintiff's affidavit in support of his IFP motion, the Court finds that Plaintiff has made a sufficient showing of inability to pay the filing fee required to prosecute this action. Notwithstanding Plaintiff's indigence, the Court is under a continuing duty to review a complaint filed by any person proceeding in forma pauperis to determine whether the action is "frivolous or malicious" or "fails to state a claim on which relief may be granted." 28 U.S.C. § 1915(e)(2)(B)(i),(ii).

Plaintiff brings this action under the American with Disabilities Act ("ADA"),

1

18cv1290-BTM-NLS

42 U.S.C. § 12101, et seq., and several California Civil Codes. Defendant Le Parfait Paris is a food and dining facility. Plaintiff alleges that he was denied full and equal access to Defendant's facilities because it did not have ADA accessible dining seating or restroom facilities. The Court finds that the allegations in the Complaint are sufficient to satisfy the requirements under section 1915(e)(2)(B). Accordingly, **IT IS ORDERED THAT**:

(1) Plaintiff's request to proceed in forma pauperis is **GRANTED**. Plaintiff is permitted to prosecute this action without being required to prepay fees or costs and without being required to post security.

(2) The Clerk of Court shall file Plaintiff's Complaint without prepayment of the filing fee. The Court directs the Clerk of Court to issue the summons, provide Plaintiff with a certified copy of both this Order and his Complaint (ECF No. 1), and forward them to Plaintiff along with a blank United States Marshal Service ("USMS") Form 285 for each Defendant named in the Complaint.

(3) Upon receipt of this "IFP Package," the Court directs Plaintiff to complete Form 285 and forward it to the USMS.

(4) Upon receipt, the USMS shall serve a summons and a copy of the Complaint upon Defendants as directed by Plaintiff on USMS Form 285. All costs of service shall be advanced by the United States. *See* 28 U.S.C. § 1915(d); Fed. R. Civ. P. 4(c)(3).

**IT IS SO ORDERED**.

Dated: July 16, 2018

Barry Ted Moskowitz, Chief Judge
United States District Court